583 A.2d 737

IN THE MATTER OF RAYMOND L. POLING, AN
ATTORNEY AT LAW.

January 4, 1991.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for the reinstatement of *RAYMOND L. POLING* of *SEA ISLE CITY* is granted.